UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

CLEMENTINE COOPER                                                                                      PLAINTIFF

vs.                                                          CIVIL ACTION NO. 3:13-cv-00484-CWR-LRA

GENERAL REVENUE CORPORATION                                                        DEFENDANT

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause came on for hearing on the *ore tenus* motion of the parties for entry of Final Judgment of Dismissal with Prejudice. The Court, having considered the motion, finds that the parties have reached a full, complete, and confidential settlement of this case, and there remain no issues to be tried or determined by this Court. The Court finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this action should be and hereby is dismissed with prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that the Court retains jurisdiction to enforce the terms of the General Release and Settlement Agreement should there be any dispute relating to it or the parties' compliance with it.

SO ORDERED AND ADJUDGED, this the 4th day of October, 2013.

                                                              s/Carlton W. Reeves
                                                              UNITED STATES DISTRICT JUDGE

**AGREED TO AND APPROVED FOR ENTRY:**

*/s/ Jared Lee*
Jared Lee (Admitted Pro Hac Vice)
Attorney for Plaintiff

*/s/ Christopher Neyland*
Christopher Neyland (MS Bar No. 99216)
Attorney for Plaintiff

*/s/ Kristi H. Johnson*
Kristi H. Johnson (MS Bar No. 102891)
Attorney for Defendants